UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR JIMENEZ,<br><br>Defendant. | No. 2:18-cr-00010-TLN<br><br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR JIMENEZ,<br><br>Defendant. | No. 2:23-cr-00007-KJM<br><br><br>**ORDER** |

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned *United States v. Edgar Jimenez*, Case No. 2:23-CR-00007-KJM, is related to *United States v. Edgar Jimenez*, Case No. 2:18-CR-00010-TLN, within the meaning of Local Rule 123(a) and assignment of these actions to a single district judge is likely to affect a savings of judicial effort.

///

1

Accordingly, based on this finding and pursuant to Local Rule 123(c) and 123(f), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of *United States v. Edgar Jimenez*, Case No. 2:23-CR-00007-KJM to the Honorable Troy L. Nunley and that case shall be designated "Case No. 2:23-CR-00007-TLN"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 27, 2023

Troy L. Nunley
United States District Judge